CASE CLOSED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NELVA RODRIGUEZ, on behalf of herself and all other similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> GC SERVICES LIMITED PARTNERSHIP; and JOHN DOES 1-25, <br><br> Defendant(s). | No. 2:18-cv-00664 MCA-MAH |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of the above-captioned action and all underlying claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Joseph K. Jones
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
Telephone: (973) 227-5900
Facsimile: (973) 244-0019
Email: jkj@legaljones.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Frederick E. Blakelock
Frederick E. Blakelock, Esq.
Reilly, McDevitt & Henrich, PC
3 Executive Campus, Suite 310
Cherry Hill, New Jersey 08002
Telephone: (856) 317-7180, Ext. 269
Facsimile: (856) 317-7188
Email: fblakelock@rmh-law.com

**ATTORNEYS FOR DEFENDANT**

SO ORDERED
2/15/19
Madeline Cox Arleo, U.S.D.J.